KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Eva Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. Cr.S. 07-234 LKK |
| Plaintiffs, | **ORDER RE WAIVER OF DEFENDANT'S APPEARANCE** |
| v. | |
| EVA MARTINEZ, | |
| Defendant. | |

The defendant, EVA MARTINEZ, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence.  Ms. Martinez hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour

the court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under sections 3161 - 3174 of Title 18 of the United States Code (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of that Act without defendant being present.

DATED: October 19, 2007     I hereby consent to this waiver.

　　　　　　　　　　　　　　　　　　　　/s/ Eva Martinez
　　　　　　　　　　　　　　　　　　　Eva Martinez - Defendant
　　　　　　　　　　　　　　　　　　　(Original signature in file)

DATED: October 19, 2007     I hereby consent to this waiver.

　　　　　　　　　　　　　　　　　　　　/s/ Krista Hart
　　　　　　　　　　　　　　　　　　　KRISTA HART
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Eva Martinez

ORDER

DATED: October 18, 2007     I approve of the waiver of the
　　　　　　　　　　　　　　　defendant's presence.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

2