UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVA MARTINEZ,<br><br>Defendant. | No. 2:07CR00234-02 TLN<br><br>FINDINGS AND RECOMMENDATION AND ORDER FOR REENTRY COURT SANCTION |

On April 23, 2015, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of her supervised release by failing to appear for a meeting with her probation officer and failing to submit to a drug test, on April 7, 2016. The Reentry Court team has determined that the defendant's conduct requires a jail sanction.

It is therefore recommended that the defendant serve 5 days imprisonment, to commence forthwith. These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. Sec. 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

Dated: April 13, 2016

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 5 days imprisonment, to commence forthwith. The United States Marshals are hereby authorized to take defendant into custody forthwith.

Dated: 4/13/2016

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE