TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
EVA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>EVA MARTINEZ,<br><br>             Defendant. | CASE NO. 2:07-CR-00234 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT OR DENY HEARING; FINDINGS AND ORDER** |

     Defendant, EVA MARTINEZ, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

     1.     By previous order, this matter was set for admit or deny hearing on May 26, 2016.

     2.     By this stipulation, defendant now moves to continue the admit or deny hearing until June 16, 2016, at 9:30 a.m., and to exclude time between May 26, 2016 and June 16, 2016 under Local Code T4.  The GOVERNMENT does not oppose this request. PROBATION does not oppose this request.

     3.     The parties agree and stipulate, and request that the Court find the following:

          a.     A psychological examination of Ms. Martinez has been requested but not yet completed. Defense counsel believes it would be more beneficial to have the psychological results of the examination before determining which allegations to admit as Ms. Martinez' psychological

issues may have affected the behavior that is the basis of those allegations. Defense counsel needs more time to prepare the case prior to an admit or deny hearing.

        b.      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c.      The GOVERNMENT does not object to the continuance. PROBATION does not object to the continuance.

        d.      The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

        g.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of May 26, 2016 to June 16, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

IT IS SO STIPULATED.

Dated: May 24, 2016                         BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:    */s/ Toni White for*
                                            TIMOTHY DELGADO
                                            Assistant U.S. Attorney

                                            For the United States

Dated: May 24, 2016       By:    */s/ Toni White*
                                 TONI WHITE
                                 For the Defendant Eva Martinez

# **O R D E R**

IT IS SO FOUND AND ORDERED this 24th day of May, 2016.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3