TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
EVA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00234 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF ADMIT OR DENY HEARING; FINDINGS AND ORDER** |
| v. | |
| EVA MARTINEZ, | |
| Defendant. | |

   Defendant, EVA MARTINEZ, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

   1.   By previous order, this matter was set for admit or deny hearing on June 15, 2016.

   2.   By this stipulation, defendant now moves to continue the admit or deny hearing until July 28, 2016, at 9:30 a.m.. Because we are scheduled for an admit/deny hearing, no time exclusion is necessary. Ms. Martinez, through counsel, waives any due process claim that could otherwise arise from the delay and is, in fact, requesting this additional time for her counsel to be prepared. The GOVERNMENT does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

   a.   A psychological examination of Ms. Martinez has been requested but not yet completed. Defense counsel believes it would be more beneficial to have the psychological results of the examination before determining which allegations to admit as Ms. Martinez' psychological

issues may have affected the behavior that is the basis of those allegations. Defense counsel spoke with Dr. Jennie Singer who has been appointed to conduct the evaluation. Dr. Singer indicated last week that she had an appointment to interview Ms. Martinez at the jail on Friday June 10th. More time will be needed for the psychological report to be completed. Defense counsel needs more time to prepare the case prior to an admit or deny hearing.

      b.    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.    The GOVERNMENT does not object to the continuance.

      d.    The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

IT IS SO STIPULATED.

Dated:  June 13, 2016

BENJAMIN B. WAGNER  
United States Attorney

By:  */s/ Toni White for*  
TIMOTHY DELGADO  
Assistant U.S. Attorney

For the United States

Dated:  June 13, 2016    By:  */s/ Toni White*  
TONI WHITE  
For the Defendant Eva Martinez

**O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of June, 2016.

Troy L. Nunley  
United States District Judge

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

2