TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
EVA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EVA MARTINEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 2:07-CR-00234 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT OR DENY HEARING;  FINDINGS AND ORDER** |

　　　　Defendant, EVA MARTINEZ, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for admit or deny hearing on July 28, 2016.

　　　　2.　　By this stipulation, defendant now moves to continue the admit or deny hearing until August 4, 2016. Because we are scheduled for an admit/deny hearing, no time exclusion is necessary. Ms. Martinez, through counsel, waives any due process claim that could otherwise arise from the delay and is, in fact, requesting this additional time for her counsel to be prepared. The GOVERNMENT does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a.　　A psychological examination of Ms. Martinez has been completed. The report was recently presented to Defense counsel and more time is needed to review it with Ms. Martinez. Defense counsel needs more time to prepare the case prior to an admit or deny hearing.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The GOVERNMENT does not object to the continuance.

d. The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

IT IS SO STIPULATED.

Dated:  July 26, 2016                BENJAMIN B. WAGNER
                                     United States Attorney

                                     By:   /s/ Toni White for
                                     TIMOTHY DELGADO
                                     Assistant U.S. Attorney

                                     For the United States

Dated:  July 26, 2016         By:    /s/ Toni White
                                     TONI WHITE
                                     For the Defendant Eva Martinez

# O R D E R

IT IS SO FOUND AND ORDERED this 26th day of July, 2016.

HON. TROY L. NUNLEY

UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

2