TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
EVA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EVA MARTINEZ,<br><br>                    Defendant. | CASE NO. 2:07-CR-00234 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT OR DENY HEARING; FINDINGS AND ORDER** |

      Defendant, EVA MARTINEZ, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

      1.     By previous order, this matter was set for admit or deny hearing on August 4, 2016.

      2.     By this stipulation, defendant now moves to continue the admit or deny hearing until August 18, 2016, at 9:30 a.m. Because we are scheduled for an admit/deny hearing, no time exclusion is necessary. Ms. Martinez, through counsel, waives any due process claim that could otherwise arise from the delay and is, in fact, requesting this additional time for her counsel to be prepared. The GOVERNMENT does not oppose this request.

      3.     The parties agree and stipulate, and request that the Court find the following:

           a.     A psychological examination of Ms. Martinez has been completed. The report was recently presented to Defense counsel and more time is needed to review it with Ms. Martinez

1 and continue discussing the case with Ms. Martinez. Defense counsel needs more time to prepare the
2 case prior to an admit or deny hearing.

3     b.    Counsel for defendant believes that failure to grant the above-requested
4 continuance would deny her the reasonable time necessary for effective preparation, taking into
5 account the exercise of due diligence.

6     c.    The GOVERNMENT does not object to the continuance.

7     d.    The GOVERNMENT and counsel for the defendant are working toward
8 resolution of the case.

9 IT IS SO STIPULATED.

10 Dated: August 2, 2016        PHILLIP TALBERT
                                          United States Attorney

12                                           By:    */s/ Toni White for*
                                          TIMOTHY DELGADO
13                                           Assistant U.S. Attorney

14                                           For the United States

15 Dated: August 2, 2016        By:    */s/ Toni White*
                                          TONI WHITE
16                                           For the Defendant Eva Martinez

19 **O R D E R**

20 IT IS SO FOUND AND ORDERED this 2nd day of August, 2016.

                                          Troy L. Nunley
                                          United States District Judge