UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

October 27, 2016

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVA MARTINEZ,

Defendant.

Case No.  2:07-CR-00234-01

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EVA MARTINEZ ,

Case No.  2:07-CR-00234-01  Charge 18 U.S.C. § 3606 , from custody for the following

reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X   (Other):  Sentenced to TIME SERVED.

Issued at Sacramento, California on October 27, 2016 at 10:03 AM.

By: _____
District Judge Troy L. Nunley